916

No. 77–5769. APUZZO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5775. JIMINEZ-VALENCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5784. WOFFORD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5831. LEWIS v. CHAVEZ, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 77–5836. PAYTON v. CARLSON, DIRECTOR, U. S. BUREAU OF PRISONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–5852. RICARD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5857. MAWYER v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied.

No. 77–5865. WALKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5890. SHANKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5923. MORRIS, AKA HUNDLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5927. MASE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5930. MEEKS v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 77–5933. ALVAREZ-TOSTADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.